**In re: Cleveland McLEAN,
Jr., Petitioner.**

No. 08–1616.

United States Court of Appeals,
Fourth Circuit.

Submitted: Sept. 11, 2008.

Decided: Sept. 15, 2008.

Cleveland McLean, Jr., Petitioner Pro Se.

Before WILKINSON and NIEMEYER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Petition denied by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Cleveland McLean, Jr., petitions for a writ of mandamus seeking amendment to his criminal sentence. We conclude that McLean is not entitled to mandamus relief. Mandamus relief is available only when the petitioner has a clear right to the relief sought. *In re First Fed. Sav. & Loan Ass'n,* 860 F.2d 135, 138 (4th Cir.1988). Further, mandamus is a drastic remedy and should only be used in extraordinary circumstances. *Kerr v. United States Dist. Court,* 426 U.S. 394, 402, 96 S.Ct. 2119, 48 L.Ed.2d 725 (1976); *In re Beard,* 811 F.2d 818, 826 (4th Cir.1987).

The relief sought by McLean is not available by way of mandamus. Accordingly, although we grant leave to proceed in forma pauperis, we deny the petition for writ of mandamus. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*